THE PEOPLE *ex rel.* CHARLES E. STORMS, Receiver of Taxes, *v.* JOHN BESSON, Supervisor, Town of Greenburgh.

*Supreme Court, Second Department, General Term, June 28, 1889.*

*Municipal corporations.   Salary.*—The amendment of chap. 447 of Laws of 1875 to chap. 69 of Laws of 1868, relating to the salary of the receiver of the town of Greenburgh, etc., still leaves such receiver a salaried officer, and he is not entitled to the two per cent. on taxes returned unpaid, allowed by chap. 193, Laws of 1877, to receivers who are not paid by salary.   The percentage on sums paid to, and collected by, him goes to make up the salary.

This is an application to compel the supervisor of the town of Greenburgh, to pay the receiver of taxes the sum of $109.63, to which he claims to be entitled, being two per cent. of the amount of uncollected taxes returned by him, and since collected, with the statutory additions.   The motion was denied, and relator appealed.

BARNARD, P. J.—The taxes of the town of Greenburgh, Westchester county, are collected by special laws : chapter 59, Laws of 1858.   By this act the receiver of taxes was made a salaried officer.   The fees went to the town and the

town applied the fees so far as sufficient to the payment of the salary of $1,000, and the remainder went to the town. Chapter 193, Laws of 1877, is not applicable to the town of Greenburgh, the receiver being a salaried officer, and this act only applies to towns other than those where the receiver is paid by salary. By chapter 447, Laws of 1875, the section of the act in respect to Greenburgh, which fixed the salary of the receiver, was amended so as to read as follows : " The percentage upon taxes paid to and collected by the receiver shall be his salary, and shall be paid to said receiver by the supervisor of the town of Greenburgh."

The effect of this amendment is still to leave the receiver a salaried officer. The uncollected taxes are not to be estimated in arriving at the compensation of the receiver. It is only percentage on sums " paid to and collected by " the receiver, which go to make up the salary.

The order should therefore be affirmed, with costs.

All concur.